# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131531(53)


LIBERTY HILL HOUSING
CORPORATION,
        Petitioner-Appellant,

v

CITY OF LIVONIA,
        Respondent-Appellee.

_____

SC: 131531
COA: 258752
Mich Tax Tribunal: 00-298536

      On order of the Chief Justice, the motion by Homes for Autism for leave to file a brief *amicus curiae* is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

Clerk